

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00327-CR

EDWARD DEWANE BROCKMAN,
Appellant

§    On Appeal from the 297th District Court

§    of Tarrant County (1550194R)

§    August 28, 2019

V.

§    Justice Lee Ann Dauphinot

THE STATE OF TEXAS

§    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
    Justice Lee Ann Dauphinot